UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Joseph Christie, individually and on behalf of all others similarly situated,

Plaintiff,

v.

Contract Callers Inc. and John Does 1-25,

Defendants.

Case No.: 4:20-cv-00518

_____

**[PROPOSED] ORDER GRANTING PLAINTIFF'S <u>UNOPPOSED</u> MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS**
_____

THE COURT having reviewed Plaintiff's Unopposed Motion for an Extension of Time for Plaintiff to File a Response to Defendants' Motion to Dismiss and being fully advised in the premises, DOES HEREBY ORDER that Plaintiff is granted an extension of time to file a response to Defendant's Motion to Dismiss up to and including September 24, 2020.

BY THE COURT:


_____                    _____
DATE                                PRESIDING JUDGE