IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **JOSEPH CHRISTIE, Individually and on Behalf of All Others Similarly Situated,** § § § § | |
| **Plaintiff,** § § | |
| v. § | Civil Action No. 4:20-cv-00518-P |
| **CONTRACT CALLERS, INC., and JOHN DOES 1-25** § § § § | |
| **Defendants.** § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File a Response to Defendant Contract Callers, Inc.'s Motion to Dismiss (ECF No. 13) filed August 25, 2020. Having reviewed the Motion, case filings and docket entries, the Court finds that the Motion should be and hereby is **GRANTED in part.**

Accordingly, the Court **ORDERS** Plaintiff to file his response to Defendant's Motion to Dismiss **on or before September 8, 2020.**

**SO ORDERED** on this **27th day** of **August, 2020**.

_/s/ Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE