UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Joseph Christie, individually and on behalf of all
others similarly situated,

Plaintiff,                                                                          Case No.: 4:20-cv-00518

v.

Contract Callers Inc. and John Does 1-25,

Defendants.

_____

**PLAINTIFF'S <u>UNOPPOSED</u>
MOTION TO CONDUCT THE SCHEDULING CONFERENCE VIA
VIDEO CONFERENCE (ZOOM)**
_____

Now comes Plaintiff, by and through the undersigned counsel and files this Unopposed Motion to conduct the scheduling conference via Zoom and states:

1.  Pursuant to the Court's Order dated September 10, 2020 (ECF 16), the parties are to conduct a personal face-to-face meeting for the purposes of conducting a Scheduling conference.

2.  Due to concerns of Covid-19, Plaintiff and Defendant's counsel respectfully ask that they conduct the Scheduling Conference via Zoom, thereby having a face to face meeting but avoiding the risks of travel and exposure to the virus.

3.      Attached is a proposed Order granting the instant Motion.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court issue an Order granting the parties the right to conduct the Scheduling Conference via Zoom.

### Certification of Conference

I hereby certify, under penalties of perjury, that prior to filing, I conferred with counsel for Defendants who has indicated that it does not oppose the relief being sought in the within Motion.

*/s/ Raphael Deutsch*
Raphael Deutsch, Esq.


Dated:  September 16, 2020

Respectfully Submitted,

*/s/Raphael Deutsch*
Stein Saks, PLLC
By: Raphael Deutsch
285 Passaic Street
Hackensack, NJ 07601
Phone: (201) 282-6500
Fax: (201) 282-6501
*Admitted Pro Hac Vice*

### CERTIFICATE OF SERVICE

2

I hereby certify that on September 16, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Raphael Deutsch*
Raphael Deutsch, Esq.