## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSEPH CHRISTIE, Individually and on Behalf of All Others Similarly Situated,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 4:20-cv-00518-P** |
| **CONTRACT CALLERS, INC., and JOHN DOES 1-25** | § § § | |
| **Defendants.** | § § | |

### <u>ORDER</u>

Before the Court is Plaintiff's Unopposed Motion to Conduct the Scheduling Conference via Video Conference (Zoom). ECF No. 17. Having reviewed the Motion, case filings, and docket entries, the Court finds that the Motion should be and hereby is **DENIED.**

**SO ORDERED** on this **17th day** of **September, 2020.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE