UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Joseph Christie | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| v. | § | Case No. 4:20-cv-00518-P |
| | § | |
| | § | |
| Contract Callers, Inc. | § | |
| Defendant | § | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

I.      Applicant is an attorney and a member of the law firm of (or practices under the name of)

CARLSON & MESSER LLP                                                          , with offices at

5901 West Century Boulevard, Suite #1200
(Street Address)

Los Angeles                                    CA                      90045
(City)                                          (State)                 (Zip Code)

(310) 242-2200                                 (310) 242-2222
(Telephone No.)                                (Fax No.)

II.     Applicant will sign all filings with the name Stephen A. Watkins                    .

III.    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Defendant, Contract Caller, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.     Applicant is a member in good standing of the bar of the highest court of the state of

_____California_____, where Applicant regularly practices law.

Bar license number: _205175_          Admission date: _December 3, 1999_

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.      Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Central District of California | June 16, 2001 | Active |
| Eastern District of California | October 6, 2009 | Active |
| Northern District of California | June 20, 2014 | Active |
| Southern District of California | October 14, 2009 | Active |

VI.     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None

VII.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                 Case No. And Style:

_____          _____

_____          _____

_____          _____

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

Laura E. Kugler of Hawkins Parnell & Young, LLP_____, who has offices at

4514 Cole Avenue, Suite 500_____
(Street Address)

Dallas_____          TX_____          75205_____
(City)                                     (State)                       (Zip Code)

(214) 780-5121_____          (214) 780-5200_____
(Telephone No.)                              (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

☑    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the    15    day of September_____, 2020_____.

Stephen A. Watkins_____
Printed Name of Applicant

_____
Signature