# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSEPH CHRISTIE, individually and on behalf of all others similarly situated,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | **Civil Action No. 4:20-cv-00518-P** |
| **CONTRACT CALLERS, INC.,** | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case (ECF No. 27):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **23rd day** of **February, 2021**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE